# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152518

CRAFT RECREATION COMPANY, LLC,
d/b/a LAKEWOOD LANES,
       Plaintiff-Appellee,

v

HOME-OWNERS INSURANCE COMPANY,
       Defendant-Appellant.

      SC: 152518
      COA: 321435
      Oakland CC: 2013-136669-CB

_____/

      On order of the Court, the application for leave to appeal the September 15, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2016



Clerk

a1121